# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 2:06-CV-924-MEF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CST INDUSTRIES, INC., D/B/A COLUMBIAN TECTANK'S CORPORATE DISCLOSURE STATEMENT

Comes now the defendant, CST Industries, Inc., d/b/a Columbian Tectank™, by and through its undersigned counsel, and, pursuant to General Order Number 3047 regarding Corporate Disclosure Statements, hereby advises that it is a private corporation owned by the following entities, none of which have issued shares to the general public:

The Sterling Group Partners II, L.P.

The Sterling Group Partners II (Parallel), L.P.

OCM Mezzanine Fund II, L.P.

Credit Suisse Fund

Northwestern Mutual Life Insurance Company

Paribas North American, Inc.

s/ Bert P. Taylor

_____

Bert P. Taylor (TAY 004)

**OF COUNSEL FOR DEFENDANT NAMED AS:**
**CST INDUSTRIES, INC., d/b/a**
**COLUMBIAN TECTANK™, et al.,**
**TAYLOR RITTER, P.C.**
P. O. Box 489
Orange Beach, AL 36561
Phone: (251) 981-8430
Fax:   (251) 981-8425
E-mail: bert@taylorritter.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same, or by e-mail as appropriate:

Linda Hinson Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
lambrose@stpaultravelers.com

I hereby certify service on this the 14th day of November, 2006.

s/ Bert P. Taylor

_____

Of Counsel