IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CASE NO. 2:06-cv-924-MEF |
| CST INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) |

## THE TRAVELERS INDEMNITY COMPANY'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Plaintiff, The Travelers Indemnity Company, by and through its undersigned counsel, and pursuant to General Order Number 3047 regarding Corporate Disclosure Statements, hereby provides the following corporate information:

The Travelers Indemnity Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc. which is **not** a publicly traded company. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp. which is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

The Travelers Indemnity Company is an indirect wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

Date: November 20, 2006

/s/  Linda Hinson Ambrose, Esq.
ASB 1753-B38L

1

ATTORNEY FOR PLAINTIFF
The Travelers Indemnity Company

OF COUNSEL:

ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## CERTIFICATE OF SERVICE

     I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bert P. Taylor, Esq.
TAYLOR, RITTER, PC
PO Box 489
Orange Beach, Alabama 36561


                                      /S/ Linda Hinson Ambrose, Esq.
                                      ASB 1753-B386