**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

November 28, 2006

# NOTICE OF REASSIGNMENT

RE:   The Travelers Indemnity Company v. CST Industries, Inc.
      Civil Action No. 2:06cv00924

The above-styled case has been reassigned to Magistrate Judge Charles S. Coody. Judge Boyd is no longer assigned as Magistrate Judge in this case.

Sincerely,

Sheryl K. Lent
Deputy Clerk