IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-00924-WKW |
| CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™; et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on the Joint Motion of the Parties to Amend Uniform Scheduling Order (Doc. # 9). It is ORDERED that the motion is GRANTED. The Uniform Scheduling Order is amended as follows:

1. The discovery completion date as referenced in Section 7 is changed from December 21, 2007, to September 1, 2007.

2. The expert disclosure dates as referenced in Section 8 are changed from October 5, 2007, to March 30, 3007, for the plaintiff, and from November 5, 2007, to June 1, 2007, for the defendants.

DONE this 12th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE