IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cv-924-WKW |
| ) | |
| CST INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Due to the reassignment of the above-styled case to the undersigned, it is hereby ORDERED that the pretrial date set for January 4, 2008 is rescheduled to January 28, 2008 and the trial date set for February 4, 2008 is rescheduled to February 25, 2008.

Done this the 20th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE