IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-00924-WKW |
| CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™; | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This case is before the court on the Joint Motion of the Parties to Amend Uniform Scheduling Order (Doc. # 13). It is ORDERED that the motion is GRANTED. The court's previous scheduling orders are amended as follows:

1. The discovery completion date as referenced in Section 7 is extended from September 1, 2007, to **November 1, 2007.**

2. The expert disclosure dates as referenced in Section 8 are extended from March 30, 2007, for the plaintiff, and from June 1, 2007, for the defendants to **September 1, 2007,** for both parties.

DONE this 21st day of June, 2007.

    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE