**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines,** ) ) ) ) | |
| **Plaintiff,** ) ) | **CASE NO. 2:06-CV-924-MEF** |
| **v.** ) ) | |
| **CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™, et al.,** ) ) ) | |
| **Defendants.** ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW, Plaintiff, The Travelers Indemnity Company, as subrogee of Wiley Sanders Truck Lines ("Travelers"), pursuant to the Court's Uniform Scheduling Order Section 3, and states as follows:

1. The parties met and conducted a settlement conference before the October 26, 2007 deadline.

2. The parties have reached an agreement to settle this matter and are drafting releases to finalize the agreement.

3. Plaintiff believes that it can file its dismissal with the Court on or before November 30, 2007.

This, the 31st day of October, 2007.

Respectfully submitted,

/s/  Linda Hinson Ambrose, Esq.
ASB 1753-B38L
ATTORNEY FOR PLAINTIFF
The Travelers Indemnity Company


OF COUNSEL:

ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of Court using the US District Court Filing System, which sends information of such filing to Counsel of Record in this cause and those not registered with the US District Court Filing System for electronic notification have been served by US Mail.

Bert P. Taylor, Esq.
TAYLOR, RITTER, PC
PO Box 489
Orange Beach, Alabama 36561


/S/ Linda Hinson Ambrose, Esq.
ASB 1753-B386