IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06-cv-00924-WKW |
| CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™; et al., ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

In light of the parties' Notice Concerning Settlement Conference and Mediation (Doc. # 15), in which the parties indicated that they have reached an agreement to settle this matter, it is ORDERED that the parties shall file their joint stipulation of dismissal **on or before November 30, 2007.**

DONE this 31st day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE