IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-00924-WKW |
| CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™; et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the deadline for filing the joint stipulation of dismissal is CONTINUED from November 30, 2007, to December 10, 2007.

DONE this 30th day of November, 2007.

                                      /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE