IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-00924-WKW |
| CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™; et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

It is ORDERED that the deadline for filing the joint stipulation of dismissal is CONTINUED

from December 10, 2007, to December 14, 2007.

DONE this 10th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE