### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **THE TRAVELERS INDEMNITY COMPANY, as subrogee of Wiley Sanders Truck Lines,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | **CASE NO. 2:06-CV-924-MEF** |
| )<br>**v.** )<br>) | |
| **CST INDUSTRIES, INC., d/b/a COLUMBIAN TECTANK™, et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff The Travelers Indemnity Company, as subrogee of Wiley Sanders Truck Lines, ("Travelers") and Defendant, CST Industries, Inc. d/b/a Columbian Tectank™, ("CST"), in the above-captioned civil action, hereby stipulate and agree to the dismissal, with prejudice, of the above-styled civil action, each party to bear their own costs.

This the 14th day of December, 2007.

Respectfully submitted,

/s/  Linda Hinson Ambrose, Esq.
ASB 1753-B38L
ATTORNEY FOR PLAINTIFF

ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

/s/ Bert P. Taylor, Esq.
ASB  4006-L75B
ATTORNEY FOR DEFENDANT

TAYLOR, RITTER, PC
PO Box 489
Orange Beach, Alabama 36561